UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY ANN THOMPSON,

        Plaintiff,                   Case no. 11-12034
                                                     Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 15, 2012, Magistrate Judge Charles E. Binder issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, and defendant's motion for summary judgment be granted. No objections were filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: April 18, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 18, 2012, using the ECF system.

                                                           s/William Barkholz
                                                           Case Manager